**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ
Nevada Bar No. 08409
jsc@cogburnlaw.com
LARSON A. WELSH, ESQ.
Nevada Bar No. 12517
lwelsh@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN ALEX ALBERT BLANTON, Jr., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, a foreign corporation; FIRST PREMIER BANK, a foreign corporation,<br><br>Defendants. | Case No.: 2:13-cv-00633-GMN-CVF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FIRST PREMIER BANK WITH PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FIRST PREMIER BANK

### WITH PREJUDICE

Plaintiffs, Marvin Alex Albert Blanton, Jr., by and through his attorneys of record of the law firm Cogburn Law Offices, pursuant to Fed. R. Civ. P. 41(a)(1) hereby voluntarily dismisses Defendant First Premier Bank from this action with prejudice.  As the opposing party has not

///

///

///

///

///

///

Page 1 of 2

filed an Answer or a Motion for Summary Judgment dismissal is appropriate without a stipulation from the opposing party.

Dated this 29th day of July, 2013

**COGBURN LAW OFFICES**

By:/s/Larson A. Welsh, Esq.
   Jamie S. Cogburn, Esq.
   Nevada State Bar No.: 8409
   Larson A. Welsh, Esq.
   Nevada Bar No.: 12517
   2879 St. Rose Parkway, Suite 200
   Henderson, Nevada 89052
   Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the above named Defendant First Premier bank be dismissed with prejudice.

**DATED** this 7th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge

**COGBURN LAW OFFICES**

By:/s/Larson A. Welsh, Esq.
   Jamie S. Cogburn, Esq.
   Nevada State Bar No.: 8409
   Larson A. Welsh, Esq.
   Nevada Bar No.: 12517
   2879 St. Rose Parkway, Suite 200
   Henderson, Nevada 89052
   Attorneys for Plaintiff

COGBURN LAW OFFICES
2879 St. Rose Pkwy, Suite 200
Henderson, NV 89052
(702) 384-3616 FAX: (702) 943-1936